**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ISRAEL ORTIZ, : : Petitioner, : : v. : : UNITED STATES OF AMERICA, : : Respondent. : : : | **ORDER** Crim. No. 11-475 (WHW) |

**Walls, Senior District Judge**

It is, on this 26th day of September, 2012:

**ORDERED** that Defendant's motion to vacate his conviction under 28 U.S.C. § 1651 or 28 U.S.C. § 2255 is denied.

**/s/ William H. Walls**
United States Senior District Judge